**Motion GRANTED and Order filed May 26, 2022**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00327-CV**

_____

**JEREMY SAMPSON AND KEVIN HUBBARD, Appellants**

**V.**

**HILL-WALD, LLC D/B/A WILLOWBROOK SPORTS COMPLEX, TRACY WALD, AND JEFFREY HILL, Appellees**

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-76870**

## ORDER

This is an appeal of the denial of appellants' motion to dismiss pursuant to section 27.003 of the Civil Practices and Remedies Code. *See* Tex. Civ. Prac. & Rem. Code § 27.003. This case was automatically stayed in the trial court, pursuant to section 51.014 (b) of that code when appellants filed their notice of appeal on May 4, 2022. *See* Tex. Civ. Prac. & Rem. Code § 51.014(b) (staying all proceeding in the trial court until resolution of interlocutory appeal). Appellees have filed a motion requesting that we stay a hearing set by the trial court for May 31, 2022. That motion is GRANTED.

Accordingly, we order the trial court to enforce the statutory stay mandated

by section 51.014(b) and stay the hearing set for May 31, 2022 until this appeal is finally disposed. *See* Tex. Civ. Prac. & Rem. Code § 51.014(b).

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Wilson.